Edwin Aiwazian (SBN 232943)
*edwin@lfjpc.com*
Arby Aiwazian (SBN 269827)
*arby@lfjpc.com*
Jill J. Parker (SBN 274230)
*jill@lfjpc.com*
**LAWYERS *for* JUSTICE, PC**
410 Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020
Fax: (818) 265-1021

*Attorneys for* Plaintiff Nick Perez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PEREZ; individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>BANANA REPUBLIC, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:14-cv-01132-JCS<br><br>Honorable Joseph C. Spero<br>Courtroom G<br><br>**CLASS ACTION**<br><br>**PLAINTIFF NICK PEREZ'S REQUEST TO PARTICIPATE IN FURTHER CASE MANGEMENT CONFERENCE BY TELEPHONE**<br><br>(Local Rule 16-10(a))<br><br>Date:  March 27, 2015<br>Time:  10:30 a.m.<br><br>Complaint Filed:  March 11, 2014 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Northern District of California Local Rule 16-10(a), Plaintiff Nick Perez ("Plaintiff") hereby requests to appear telephonically at the Further Case Management Conference set for March 27, 2015 at 10:30 a.m. on the following grounds:

- Plaintiff's counsel's office is located in Glendale, California;
- Plaintiff anticipates that the Further Case Management Conference will not involve any complex issues as the parties continue to work towards a resolution of this matter; and
- Telephonic appearance by Plaintiff's counsel will not prejudice any party or interfere with the proceedings.

Accordingly, Plaintiff respectfully requests that the Court grant his request to appear at the Further Case Management Conference by telephone. If the Court grants Plaintiff's request, Edwin Aiwazian will be standing by at the time of the conference at (818) 265-1020.

**LAWYERS *for* JUSTICE, PC**

Dated: March 20, 2015            By: 

Edwin Aiwazian
*Attorneys for* Plaintiff

Dated: 3/23/15



---

1

**PLAINTIFF NICK PEREZ'S REQUEST TO PARTICIPATE IN THE
FURTHER CASE MANAGEMENT CONFERENCE BY TELEPHONE**