Edwin Aiwazian (SBN 232943)
  *edwin@lfjpc.com*
Arby Aiwazian (SBN 269827)
  *arby@lfjpc.com*
Jill J. Parker (SBN 274230)
  *jill@lfjpc.com*
**LAWYERS *for* JUSTICE, PC**
410 Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020
Fax: (818) 265-1021

*Attorneys for* Plaintiff Nick Perez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PEREZ; individually, and on behalf of other members of the general public similarly situated;<br><br>   Plaintiff,<br><br>vs.<br><br>BANANA REPUBLIC, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 3:14-cv-01132-JCS<br><br>Honorable Joseph C. Spero<br>Courtroom G<br><br>**CLASS ACTION**<br><br>**PLAINTIFF NICK PEREZ'S REQUEST TO PARTICIPATE IN FURTHER CASE MANGEMENT CONFERENCE BY TELEPHONE**<br><br>**(Local Rule 16-10(a))**<br><br>Date:  May 1, 2015<br>Time:  2:00 p.m.<br><br>Complaint Filed:   March 11, 2014 |

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Northern District of California Local Rule 16-10(a), Plaintiff Nick Perez ("Plaintiff") hereby requests to appear telephonically at the Further Case Management Conference set for May 1, 2015 at 2:00 p.m. on the following grounds:

- Plaintiff's counsel's office is located in Glendale, California.
- Plaintiff anticipates that the Further Case Management Conference will not involve any complex issues.  Plaintiff anticipates that the parties will jointly request a stay and/or dismissal of this action.  The parties intend that Plaintiff Nick Perez will be added as a named plaintiff in an earlier filed state court action including the FLSA claims presented in this matter.
- Telephonic appearance by Plaintiff's counsel will not prejudice any party or interfere with the proceedings.

Accordingly, Plaintiff respectfully requests that the Court grant his request to appear at the Further Case Management Conference by telephone.  If the Court grants Plaintiff's request, Arby Aiwazian will be standing by at the time of the conference at (818) 265-1020.

**LAWYERS *for* JUSTICE, PC**

Dated: April 23, 2015         By:   /s/ Edwin Aiwazian
                                    Edwin Aiwazian
                                    *Attorneys for* Plaintiff

IT IS HEREBY ORDERED that Mr. Aiwazian shall be on phone standby beginning at 2:00 PM and await the Court's call.
Dated: 4/24/15



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero